

# GOVERNMENT OF PUERTO RICO
## Office of the Commissioner of Insurance

AL-53

June 21, 2018

*LAW DEPARTMENT*

*JUN 25 2018*

*LITIGATION UNIT*

Hartford Life and Accident Insurance Company
One Hartford Plaza
Hartford, CT 06155

Dear Gentlemen:

Section 3.270(1) of the Insurance Code of Puerto Rico states:

> (1) Each authorized foreign insurer and each domestic reciprocal and Lloyd's insurer shall appoint the Commissioner as its attorney-in-fact to receive service of legal process against it in Puerto Rico. The appointment shall be irrevocable, shall bind any successor in interest or successor to the assets or liabilities of the insurer, and shall remain in effect as long as there is in force in Puerto Rico any contract made by the insurer, or obligation arising therefrom.

In accordance with the aforementioned provision of law, our office was served on June 19, 2018, with the enclosed documents as a result of Civil Case Number SJ2018CV03465, being filed against you in the Court of First Instance of Puerto Rico, Superior Court of San Juan.

Pursuant to Section 3.280(2) of the Insurance Code of Puerto Rico, this letter and accompanying documents are being sent to you by certified mail, return receipt requested.

Cordially,

Brenda N. Pérez Fernández
Acting Legal
Legal Affairs Division

Enclosure

c: Lcdo. Héctor F. Oliveras



B5 Tabonuco Street • Suite 216 • PMB 356 • Guaynabo, P.R. 00968-3029 •
Phone 787.304.8686 • Fax 787.273.6082 • www.ocs.pr.gov

[CERTIFIED TRANSLATION]

[round seal]

Commonwealth of Puerto Rico
GENERAL COURT OF JUSTICE
**Court of First Instance**
San Juan [X]Superior, [ ]Municipal Court

| | |
|---|---|
| BELLA INTERNATIONAL LLC<br>Name of Plaintiff(s)<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY (THE HARTFORD)<br>Name of Defendant(s) | CASE NO.   _[hw: SJ2018CV03465]_<br><br>Court Room No.   _[hw: 504]_<br><br>Civil Action for: COLLECTION OF WHAT IS NOT DUE<br>Subject or Matter |

**SUMMONS**

LAW DEPARTMENT
JUN 25 2018
LITIGATION UNIT

THE UNITED STATES OF AMERICA
THE PRESIDENT OF THE UNITED STATES
THE COMMONWEALTH OF PUERTO RICO          SS

TO:  Hartford Life and Accident Insurance Company
     One Hartford Plaza, Hartford, Connecticut USA 06155

YOU ARE HEREBY summoned to file with the court your answer to the complaint within the thirty (30) days following service of this summons, excluding the day of service. You must file your answer to the complaint through the Unified Case Management System (SUMAC Spanish acronym), which you may access at the following electronic address: http://unired.ramajudicial.pr, unless you are appearing pro se, in which case you must file your answer with the office of the clerk of the court. If you do not file your answer to the complaint within the referenced term period, the court may enter default judgment against you and grant the relief requested in the complaint, or any other, if the court, in its sound discretion, deems it warranted.

Atty. Héctor F. Oliveras
Attorney Registry No.: 7586
P.O. Box 9024098
San Juan, Puerto Rico 00902-4098
Tel.: (787) 724-8103
Fax: (787) 724-8152
E-mail: h.oliveras@ploolaw.com

[round stamped seal on text below:
COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
COURT OF FIRST INSTANCE
SUPERIOR COURT, SAN JUAN PART
(illegible signature or initials) **K027**]

[stamped: 25  MAY  2018]

Issued under my signature and the seal of the Court, today, _____.

[stamped: 25  MAY  2018]

| Name of Clerk | **Dimarie Alicea Lozada**<br>**Acting Regional Clerk** | Date (d/m/y) |
|---|---|---|
| Name of Deputy Clerk | _[signed]_<br>Signature of Deputy Clerk<br>**Maria Ocasio Rodriguez**<br>**Assistant Clerk** | [stamped: 25  MAY  2018]<br>Date (d/m/y) |

[CERTIFIED TRANSLATION]

Case No. _____

# SERVICE OF PROCESS

I, *[hw: (illegible) Delgado]*, declare that I am legally able, pursuant to Rule 4.3 of the Puerto Rico Rules of Civil Procedure, and I certify that the service of the summons and the complaint in the referenced case was carried out by me on *[hw: June 19, 2018]* as follows:

_____ Personal delivery to the defendant at the following street address: _____

_____ Accessible in the immediate presence of the defendant at the following street address: _____

___✓___ Leaving a copy of the documents with a representative authorized by the defendant or designated by law to receive summons at the following street address:
*[hw: B5 Tabonuco Street, 5th Floor, Guaynabo [illegible] authorized person - Ms. Carmela Franco office systems Tech.]*

_____ The summons could not be served in person because: _____

## COST OF SERVICE
$_____

## STATEMENT OF PROCESS SERVER

I swear under penalty of perjury, in accordance with the laws of the Commonwealth of Puerto Rico, that the information provided in the service of process is true and correct.

AND IN WITNESS WHEREOF, I sign this document in _____ *[hw: San Juan]* _____, Puerto Rico, on this ____ day of _____ *[hw: June 2018]* _____.

*[signed]*
*Signature of process server*

*[hw: I paid $3.00 with CK #14974 to the order of the clerk]*

*[hw: #243 Paris Street Suite 1523]*
*Address of process server*
*[hw: San Juan 00917-3634]*

AFFIDAVIT NO. _____

Sworn to and signed before me by _____, whose personal circumstances are those stated before, who I attest to knowing _____.
(personal acquaintance or, in the alternative, certification of other means provided by the Notary Act)

In _____, Puerto Rico, on this day of _____.

_____
NOTARY PUBLIC

[CERTIFIED TRANSLATION]

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
COURT OF FIRST INSTANCE
SUPERIOR COURT, SAN JUAN PART

| | |
|---|---|
| BELLA INTERNATIONAL LLC<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY (THE HARTFORD)<br><br>Defendants | CIVIL NO.  SJ2018CV03465<br><br>SUBJECT:<br><br>COLLECTION OF WHAT IS NOT DUE |

LAW DEPARTMENT
JUN 25 2018
LITIGATION UNIT

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the plaintiff, through the undersigned legal counsel, and very respectfully before this Honorable Court states, alleges, and prays:

1. Bella International LLC is a corporation duly registered and authorized to do business in Puerto Rico, with headquarters located at Kennedy Avenue, Bechara Sector, Building 101, Street 1, San Juan, Puerto Rico; telephone number (787) 620-7010 (hereinafter referred to as "Bella").

2. The defendant, Hartford Life and Accident Insurance Company (hereinafter referred to as "The Hartford") is an insurance company with headquarters located at 200 Hopmeadow Street, Simsbury, Connecticut USA 06089, and which issues life, disability, dismemberment, and other types of insurance policies.

3. On April 1, 2003, Bella and The Hartford entered into a contractual relationship by means of a life insurance policy covering accidental death, dismemberment, loss of vision, and disability under policy number GLT-GL-691561.

4. Under said policy, which is a group policy, Bella insured the lives of its employees and against disability, dismemberment, and loss of vision risks, as well as against other risks established in the policy.

[CERTIFIED TRANSLATION]

PAGE 2

5. With this group insurance policy, Bella covered and included over five hundred (500) employees with different classifications and positions within the different divisions and companies of Bella.

6. The form and manner in which policy GLT-GL-691561 was built established the payment of premiums on the basis of certain formulas and calculation charts prepared and provided by The Hartford, which were adapted to the number of employees and their positions at Bella.

7. At all times Bella supplied, provided, and offered all of the information and data required by The Hartford in order for The Hartford to calculate and issue the invoices for the premiums to be paid under the referenced group policy.

8. During a recent examination and evaluation of the policy issued by The Hartford, it was found that for many years The Hartford had employed, used, and demanded that Bella use a premium calculation chart that was wrong and inappropriate, which entailed that for a period of fourteen years The Hartford was overpaid for a premium which was inappropriate and incorrect and undue.

9. The overpayment of premiums by Bella to The Hartford, as a consequence of the charts that were created and the premium formulas that were demanded by The Hartford, represented an overpayment of an amount of no less than $800,000.00 for the three basic insurance concepts: life insurance; disability insurance; and dismemberment and accidental death insurance.

10. That once the overpayment made by Bella to The Hartford was detected, The Hartford was asked to immediately conduct the corresponding audit and reimburse the amount collected in excess and contrary to the premium agreed to under the policy that was issued.

11. The Hartford performed the audit and confirmed that, indeed, according to the charts and formulas provided, Bella had been overbilled under the benefits provided and it offered to partially reimburse the amount that had been overpaid.

[CERTIFIED TRANSLATION]

PAGE 3

12. The amount offered by The Hartford as reimbursement is unacceptable to Bella, since it is a fraction of the total amount owed, for which reason The Hartford was asked to reconsider its position, which it refused to do, thus forcing us to file this cause of action.

13. That in accordance with Article 1795 of our Civil Code, 31 L.P.R.A. Sec. 5121, "if a thing is received when there was no right to claim it and which, through an error, has been unduly delivered, there arises an obligation to restore the same".

14. In this case, Bella paid more than was owed in premiums to The Hartford and The Hartford is bound to restore said amount.

15. Our Supreme Court, in cases such as **ELA v. Crespo Torres, 180 D.P.R. 776 (2011); Sepúlveda v. Departamento de Salud, 145 D.P.R. 560 (1998)** has held that, in order for The Hartford's obligation to restore the amounts collected in excess to arise, three requirements must be met, to wit: 1) for a payment to be made with the intention to extinguish an obligation, which in this case did happen because the intention was to pay the policy premiums; 2) for the payment that was made to not be justified, that is, for there to be no legal obligation between the party making the payment and the party collecting it; in this case, the second requirement is met because there was an agreed premium and what was wrong were the charts and formulas that were created and used by The Hartford, charging in excess of what was agreed; and 3) for the payment to have been made by mistake and not merely as a gift or for other reasons, for which the third requirement is also met since the payment made by Bella was made by mistake and induced by The Hartford, which submitted and demanded the use of charts and formulas that were inapplicable, inappropriate, and undue.

16. That pursuant to the terms and conditions of the contract between Bella and The Hartford, the applicable law in the controversy at hand are the laws of the Commonwealth of Puerto Rico and, therefore, the provisions of our Civil Code cited above.

[CERTIFIED TRANSLATION]

PAGE 4

17.   That we request that the Honorable Court order The Hartford to pay and return the entire amount collected in excess and the interest on said principal to be counted from the moment when said amounts were paid and until they are returned and paid in full.

WHEREFORE, we very respectfully request that this cause of action be granted and that the defendant be ordered to pay the amount of $800,000.00 plus the legal interest accrued on said amount from the year 2003 and until paid in full; late payment interest from the time that it was asked for reimbursement, as well as costs, expenses, and attorney's fees.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this day of May 23, 2018.

> s/HÉCTOR F. OLIVERAS DELGADO
> HÉCTOR F. OLIVERAS DELGADO
> ATTY. REGISTRY NO.: 7586 / BAR ASSN 8776
> **OLIVERAS & ORTIZ LAW OFFICES, PSC**
> 171 CHARDÓN AVE., SUITE 406
> HATO REY, PR 00918-1722
> TEL.: (787) 724-8103
> FAX: (787) 724-8152
> E-MAIL:  h.oliveras@ploolaw.com

[CERTIFIED TRANSLATION]

**CERTIFIED MAIL WITH ACKNOWLEDMENT OF RECEIPT**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
OFICINA DEL COMISIONADO DE SEGUROS
B-5 CALLE TABONUCO, SUITE 216, PMB 356
GUAYNABO, PUERTO RICO 00968-3029

7017 1450 0002 1037 2109

Hartford Life and Accident Insurance Company
One Hartford Plaza
Hartford, CT 06155



US POSTAGE
ZIP 00968
02 4W
0000356682

**CERTIFICATE OF TRANSLATION**
**SPANISH TO ENGLISH**

**DOCUMENT:**  Bella International v HLAIC Complaint (service copy)

The undersigned, Margot A. Acevedo Chabert, USCCI, hereby certifies that she has been actively engaged as a professional translator and interpreter (English <> Spanish) certified by the Administrative Office of the United States Courts since 2006 (Certificate No. 06-001), that she has an MA in Translation from the University of Puerto Rico, and that to the best of her knowledge and understanding, the attached document is a true and correct translation of the original text provided for translation.

In Milwaukee, WI, on July 17, 2018

**Margot A. Acevedo Chabert, USCCI**

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
COURT OF FIRST INSTANCE
San Juan JUDICIAL CENTER
San Juan SUPERIOR COURT

| BELLA INTERNATIONAL LLC | CASE NO. | SJ2018CV03465 |
|---|---|---|
| VS | | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | SUBJECT: | COLLECTION OF WHAT IS NOT DUE |

NOTICE FROM THE CLERK'S OFFICE

TO:  HÉCTOR F OLIVERAS DELGADO
H.OLIVERAS@PLOOLAW.COM

In relation to the captioned case, the undersigned Clerk hereby notifies you of the following:

THE DOCUMENT FILED DOES NOT COMPLY WITH THE ADMINISTRATIVE GUIDELINES AND ORDERS RELATED TO THE ELECTRONIC FILING OF DOCUMENTS THROUGH THE SUMAC[1]. THE COURT MAY REQUIRE YOU TO FILE THE DOCUMENT AGAIN. HOWEVER, NEXT TIME YOU MUST MAKE SURE THAT:

THE PLEADINGS AND MOTIONS ARE SIGNED ELECTRONICALLY IN THE FORMAT "F/(FULL NAME OF THE ATTORNEY)". SUMAC ADMINISTRATIVE GUIDELINES, SECTION X.

In San Juan, Puerto Rico, on May 25, 2018.

|    DIMARIE ALICEA LOZADA    | By: | s/MARIA OCASIO RODRIGUEZ |
|---|---|---|
| Name of the Regional Clerk | | Name and signature of the Assistant Clerk of the Court |

Clerk's Office Notification Form
SUMAC

---

[1] SUMAC is the Spanish acronym for the Unified Case Management System.

[I hereby certify that I am fluent in both Spanish and English and that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]